UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roberto Antonio Requene-Gutierrez,<br>Petitioner,<br>v.<br>Warden, Golden State Annex Detention Facility, et al.,<br>Respondents. | Case No. 1:26-cv-01830-KES-EGC (HC)<br>ORDER APPOINTING COUNSEL<br>Doc. 22 |

Petitioner is an immigration detainee who proceeded pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. The assigned magistrate judge authorized petitioner to proceed in forma pauperis without prepayment of the filing fee in the action. Doc. 3.

On April 13, 2026, the Court granted the petition for writ of habeas corpus and directed respondents to provide petitioner with a bond hearing before an immigration judge. Doc. 14 at 4. Petitioner subsequently filed a motion to enforce judgment and a request for appointment of counsel. Doc. 16. On August 14, 2026, respondents filed an opposition to petitioner's motion to enforce judgment. Doc. 20. On August 25, 2026, the Federal Defender filed an amicus motion and declaration requesting that the Court consider appointing an attorney for petitioner. Doc. 22.

The Court conducted a preliminary review of the motion to enforce judgment and the amicus motion for appointment of counsel. In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Accordingly, the Court ORDERS:

1. The Clerk of the Court shall serve a copy of this order, via email, on the Federal Defender at cae_appointments_habeas@fd.org.
2. Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL identify counsel and send counsel's contact information to undersigned's courtroom deputy Victoria Gonzales at vgonzales@caed.uscourts.gov, and counsel will be added as counsel for petitioner.
3. Such appointment, as necessary, will be *pro hac vice* to the CJA Panel and to this District in this matter only;
4. This appointment will be *nunc pro tunc* to the Federal Defender contacting counsel about this appointment on a date given to the courtroom deputy; and
5. Within fourteen (14) days of the date of service of this order, petitioner's appointed counsel shall file either an amended motion to enforce judgment or a reply to respondents' opposition.
6. To ensure this Court's jurisdiction to resolve the pending motion, respondents shall not transfer petitioner to another detention center outside of this judicial district, pending further order of the court. *See* 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions…."); *see also F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

IT IS SO ORDERED.

Dated: September 3, 2026

UNITED STATES DISTRICT JUDGE